**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**BOBBY JOE HOWARD**

                                   **PLAINTIFF**

**V.**                **3:10CV00080 BSM/JTR**

**POINSETT COUNTY JAIL; and
JOHN DOES, unknown staff at the Poinsett
 County Jail**                                                **DEFENDANTS**

## ORDER OF DISMISSAL

Plaintiff Bobby Joe Howard ("Howard") has commenced this *pro se* § 1983 action alleging that defendants violated his constitutional rights while he was confined in the Poinsett County Jail. *See* Doc. No. 2. On April 21, 2010, Howard was directed to file, within thirty (30) days, an Amended Complaint containing information necessary to complete the screening function mandated by 28 U.S.C. § 1915A. *See* Doc. No. 3. Howard was advised that the failure to timely and properly do so would result in the dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2). *Id.* Howard has failed to comply with the April 21, 2010 order, and the time for doing so has expired.

IT IS THEREFORE ORDERED THAT:

1.    Pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Howard's failure to timely and properly comply with the April 21, 2010 order.

2.    Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma*

*pauperis* appeal from this order of dismissal and the accompanying judgment would not be taken in good faith.

IT IS SO ORDERED THIS 29th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE