IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BOBBY JOE HOWARD                                                                         PLAINTIFF

V.                                         3:10CV00080 BSM/JTR

POINSETT COUNTY JAIL; and
JOHN DOES, unknown staff at the Poinsett
County Jail                                                                              DEFENDANTS

## JUDGMENT

Consistent with the order that was entered on this date, it is considered, ordered, and adjudged, that this case is hereby dismissed without prejudice.  Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

IT IS SO ADJUDGED THIS 29th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE